IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN LYNN HAMILTON, JR.
#83985                                                                                           PLAINTIFF

v.                              No. 4:23-cv-799-DPM

RON DAVIS, Counsel; ELISABETH
KANOPSIC, Prosecuting Attorney,
Arkansas; and ERIC HIGGINS,
Sheriff/Jail Administrator, PCRDF                                              DEFENDANTS


KEVIN LYNN HAMILTON, JR.
#83985                                                                                           PLAINTIFF

v.                              No. 4:23-cv-1000-DPM

ERIC HIGGINS, Sheriff/Jail
Administrator; ELIZABETH KANOPSIC,
P.C. Prosecuting Attorney; and RON
DAVIS, P.C. Public Defender                                                     DEFENDANTS

ORDER

These consolidated cases are stayed. *Hamilton v. Davis*, Case No. 4:23-cv-799-DPM, is administratively terminated. *Doc. 5 at 3*. The Court likewise directs the Clerk to administratively terminate *Hamilton v. Higgins*, Case No. 4:23-cv-1000-DPM. A public records search reveals that Hamilton's state criminal case remains pending. *State v. Hamilton*, 60CR-21-1634 (Pulaski County). The Court extends

Hamilton's time to move to reopen this case, or to file a status report, until 1 October 2025. If he does neither, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

17 October 2024