IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN LYNN HAMILTON, JR
#83985                                                                                      PLAINTIFF

v.                            No. 4:23-cv-799-DPM

RON DAVIS, Counsel; ELISABETH
KANOPSIC, Prosecuting Attorney,
Arkansas; and ERIC HIGGINS,
Sheriff/Jail Administrator, PCRDF                                    DEFENDANTS


KEVIN LYNN HAMILTON, JR                                              PLAINTIFF
#83985

v.                            No. 4:23-cv-1000-DPM

ERIC HIGGINS, Sheriff/Jail
Administrator; ELIZABETH KANOPSIC,
P.C. Prosecuting Attorney; and RON
DAVIS, P.C. Public Defender                                          DEFENDANTS

### ORDER

Hamilton hasn't moved to lift the stay; and the time to do so has passed. *Doc. 12 & 14*. Mail sent to Hamilton has been returned undeliverable. *Doc. 15 & 16*. The Court therefore lifts the stay to dismiss these consolidated cases without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and

- 2 -

accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2025