## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN LYNN HAMILTON, JR.**                                    **PLAINTIFF**
**#83985**

**v.**                              **No. 4:23-cv-1000-DPM**

**ERIC HIGGINS, Sheriff/Jail**
**Administrator;  ELIZABETH KANOPSIC,**
**P.C. Prosecuting Attorney;  and RON**
**DAVIS, P.C. Public Defender**                        **DEFENDANTS**

### JUDGMENT

Hamilton's complaint is dismissed without prejudice.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_8 December 2025_